AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ADAM JAMES CONERLY,

Plaintiff,

v.

TOMMY BOGGS, LUTRINA JONES, and DR. CARVALLO,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:23-cv-56

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated July 31, 2024, the Court grants Defendants' Motions to Dismiss and dismisses without prejudice Plaintiff's Complaint. The Court denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____

Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

August 1, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/1/03